# NATIONAL MARITIME SERVICES

1915 SOUTHWEST 21ST AVENUE
FORT LAUDERDALE, FLORIDA 33312
TELEPHONE: (954) 791-9601 FACSIMILE: (888) 611-4626
WATS: 800-633-7172

Date of Charges: 10/28/08-11/12/08

Type of Vessel: Gambling Cruise ship

Size/NL Stock#: 512' / 19425

Vessel Name: M/V Island adventure

Bill To: Burrell Shipping Co., LLC
c/o Glenn F. Straub
11198 Polo Club Road
Wellington, Fl 33414
561-798-7333

| Date | Description | Units | Unit cost | Amount | Handling | Amount |
|---|---|---|---|---|---|---|
| 10/27/2008 | Fuel for generator | 1 | $1,044.52 | $1,044.52 | $156.68 | $1,201.20 |
| 10/28/2008 | Fuel for generator | 1 | $1,020.19 | $1,020.19 | $153.03 | $1,173.22 |
| 10/28/2008 | Operations Manager negotiations with PEV & US | 2 | $125.00 | $250.00 | | $250.00 |
| 10/28/2008 | Assistant to Operations Manager conference with Port Agent | 2 | $75.00 | $150.00 | | $150.00 |
| 10/29/2008 | Fuel for generator | 1 | $994.16 | $994.16 | $149.12 | $1,143.28 |
| 10/30/2008 | Fuel for generator | 1 | $1,043.28 | $1,043.28 | $156.49 | $1,199.77 |
| 10/31/2008 | Operations Assistant to pay crew | 2 | $75.00 | $150.00 | | $150.00 |
| 10/31/2008 | Crew payroll | 1 | $18,876.00 | $18,876.00 | $2,831.40 | $21,707.40 |
| 10/31/2008 | Fuel for generator | 1 | $1,285.23 | $1,285.23 | $192.78 | $1,478.01 |
| 11/1/2008 | Garbage removal | 1 | $313.00 | $313.00 | $46.95 | $359.95 |
| 11/1/2008 | Fuel for generator | 1 | $1,035.44 | $1,035.44 | $155.32 | $1,190.76 |
| 11/2/2008 | Transportation for Ukraine crew, Miami airport to hotel and hotel to vessel. 11/01-02/08 | 1 | $716.00 | $716.00 | $107.40 | $823.40 |
| 11/3/2008 | Hotel accommodations Hyatt Place for US crew 10/27/08-11/03/08 | 1 | $2,003.55 | $2,003.55 | $300.53 | $2,304.08 |
| 11/3/2008 | Operations assistant to pay crew | 2 | $75.00 | $150.00 | $22.50 | $172.50 |
| 11/2/2008 | Fuel for generator | 1 | $1,169.84 | $1,169.84 | $175.48 | $1,345.32 |
| 11/2/2008 | Garbage removal | 1 | $255.00 | $255.00 | $38.25 | $293.25 |
| 11/3/2008 | Crew payroll daily | 1 | $12,186.00 | $12,186.00 | $1,827.90 | $14,013.90 |
| 11/3/2008 | Fuel for generator | 1 | $675.67 | $675.67 | $101.35 | $777.02 |
| 11/4/2008 | Fuel for generator | 1 | $1,028.06 | $1,028.06 | $154.21 | $1,182.27 |
| 11/4/2008 | Cliff Berry to pump off tanks 10/28/2008-11/04/08 | 1 | $10,486.16 | $10,486.16 | $1,572.92 | $12,059.08 |
| 11/5/2008 | Garbage removal | 1 | $350.00 | $350.00 | $52.50 | $402.50 |
| 11/5/2008 | Ships supply (provisions) | 1 | $3,340.14 | $3,340.14 | $501.02 | $3,841.16 |

# NATIONAL MARITIME SERVICES

1915 SOUTHWEST 21ST AVENUE
FORT LAUDERDALE, FLORIDA 33312
TELEPHONE: (954) 791-9601 FACSIMILE: (888) 611-4626
WATS: 800-633-7172

| Date of Charges | 10/28/08-11/12/08 | | Bill To: | Burrell Shipping Co., LLC |
|---|---|---|---|---|
| Type of Vessel: | Gambling Cruise ship | | | c/o Glenn F. Straub |
| Size/NL Stock#: | 512' / 19425 | | | 11198 Polo Club Road |
| | | | | Wellington, Fl 33414 |
| Vessel Name: | M/V Island adventure | | | 561-798-7333 |

| Date | Description | Qty | Amount | Amount | Amount |
|---|---|---|---|---|---|
| 11/5/2008 | Breakfast for crew | 1 | $42.40 | $42.40 | $6.36 | $48.76 |
| 11/5/2008 | Lunch for crew | 1 | $130.03 | $130.03 | $19.50 | $149.53 |
| 11/5/2008 | Fuel for generator | 1 | $733.29 | $733.29 | $109.99 | $843.28 |
| 11/5/2008 | Berth shift as per PEV (SEA BULK TOWING) | 1 | $8,939.70 | $8,939.70 | $1,340.96 | $10,280.66 |
| 11/5/2008 | Pilot services for berth shift 4-9 | 1 | $967.51 | $967.51 | $145.13 | $1,112.64 |
| 11/5/2008 | Line handlers in/out | 1 | $907.00 | $907.00 | $136.05 | $1,043.05 |
| 11/5/2008 | Ships supply (provisions) | 1 | $927.66 | $927.66 | $139.15 | $1,066.81 |
| 11/6/2008 | Fuel for generator | 1 | $948.31 | $948.31 | $142.25 | $1,090.56 |
| 11/6/2008 | Berth shift as per PEV (SEA BULK TOWING) | 1 | $13,201.65 | $13,201.65 | $1,980.25 | $15,181.90 |
| 11/6/2008 | Pilot services for berth shift 9-15 | 1 | $967.51 | $967.51 | $145.13 | $1,112.64 |
| 11/6/2008 | Line handlers in/out | 1 | $907.00 | $907.00 | $136.05 | $1,043.05 |
| 11/7/2008 | Garbage removal | 1 | $2,230.00 | $2,230.00 | $334.50 | $2,564.50 |
| 11/7/2008 | Operations Assistant to pay crew | 1 | $75.00 | $75.00 | | $75.00 |
| 11/7/2008 | Operations manager & Port agency conference | 3 | $125.00 | $375.00 | $56.25 | $431.25 |
| 11/7/2008 | Fuel for generator | 1 | $747.94 | $747.94 | $112.19 | $860.13 |
| 11/8/2008 | Fuel for generator | 1 | $820.28 | $820.28 | $123.04 | $943.32 |
| 11/9/2008 | Berth shift as per PEV (SEA BULK TOWING) | 1 | $16,528.05 | $16,528.05 | $2,479.21 | $19,007.26 |
| 11/9/2008 | Pilot services for berth shift 15-15 | 1 | $967.51 | $967.51 | $145.13 | $1,112.64 |
| 11/9/2008 | Line handlers in/out | 1 | $907.00 | $907.00 | $136.05 | $1,043.05 |
| 11/9/2008 | Fuel for generator | 1 | $912.88 | $912.88 | $136.93 | $1,049.81 |
| 11/10/2008 | Fuel for generator | 1 | $859.56 | $859.56 | $128.93 | $988.49 |
| 11/11/2008 | Garbage removal | 1 | $1,365.00 | $1,365.00 | $204.75 | $1,569.75 |
| 11/11/2008 | Ships supply (provisions) | 1 | $186.70 | $186.70 | $28.01 | $214.71 |
| 11/11/2008 | US Customs Island Adventure 11/03,06,10,11/08 for every scheduled departure request. | 1 | $500.00 | $500.00 | $75.00 | $575.00 |
| 11/12/2008 | Garbage removal | 1 | $175.00 | $175.00 | $26.25 | $201.25 |

# NATIONAL MARITIME SERVICES

1915 SOUTHWEST 21ST AVENUE
FORT LAUDERDALE, FLORIDA 33312
TELEPHONE: (954) 791-9601 FACSIMILE: (888) 611-4626
WATS: 800-633-7172

Date of Charges: 10/28/08 - 11/12/08

Bill To: Burrell Shipping Co., LLC
c/o Glenn F. Straub
11198 Polo Club Road
Wellington, Fl 33414
561-798-7333

Type of Vessel: Gambling Cruise ship

Size/NL Stock#: 512' / 19425

Vessel Name: M/V Island adventure

| Date | Description | Qty | Rate | Amount | Total |
|---|---|---|---|---|---|
| 11/12/2008 | Transportation for Ukraine crew, vessel to hotel, hotel to pier #1, Discovery Sun. 11/13/08 | 1 | $250.00 | $250.00 | $287.50 |
| 11/12/2008 | Dockage for M/V Tug Miss Ann. Includes dockage $460.00, Security fee $4.74, Harbormaster fee $262.00 | 1 | $726.74 | $726.74 | $835.75 |
| 11/12/2008 | Customs bond Tug Miss Ann | 1 | $37.00 | $37.00 | $42.55 |
| 11/12/2008 | USCG - ENOD Tug Miss Ann & Island Adventure | 1 | $300.00 | $300.00 | $345.00 |
| 11/12/2008 | Tug services for tow to Freeport, Bahamas | 1 | $3,603.60 | $3,603.60 | $4,144.14 |
| 11/12/2008 | Line handlers /out | 1 | $453.00 | $453.00 | $520.95 |
| 11/12/2008 | Pilot services for tow to Freeport, Bahamas | 1 | $967.51 | $967.51 | $1,112.64 |
| 11/13/2008 | Cliff Berry to pump off tanks 11/05/08-11/12/08 as per John Kafouros | 1 | $25,071.58 | $25,071.58 | $28,832.32 |
| SUBTOTAL | | | | | $166,947.95 |
| RECURRING EXPENSES | | | | | |
| 10/28/2008-11/02/08 | USCG Licensed Watchman (daily) minimum 5 da | 6 | $425.00 | $2,550.00 | $2,550.00 |
| 10/31/2008 | Dockage 10/28/08-10/31/08 | 1 | $9,430.32 | $9,430.32 | $10,844.87 |
| 11/3/2008 | Dockage 10/31/08-11/03/08 includes water & tax | 1 | $9,435.43 | $9,435.43 | $10,850.74 |
| 11/12/2008 | Dockage 11/03/08-11/12/08 includes water & tax | 1 | $28,305.21 | $28,305.21 | $32,550.99 |
| 11/1/2008 | Harbormaster fee | 1 | $332.00 | $332.00 | $381.80 |
| 10/28/2008 | Liability Insurance (up to $5M) | 1 | $520.00 | $520.00 | $520.00 |
| 10/28/2008-11/12/08 | Management fee (daily) (515' x $.50) minimum 5 days | 16 | $257.50 | $4,120.00 | $4,120.00 |
| 10/28/2008-11/12/08 | Port Agency fee (daily) | 16 | $200.00 | $3,200.00 | $3,680.00 |

# NATIONAL MARITIME SERVICES

1915 SOUTHWEST 21ST AVENUE
FORT LAUDERDALE, FLORIDA 33312
TELEPHONE: (954) 791-9601 FACSIMILE: (888) 611-4626
WATS: 800-633-7172

Date of Charges: 10/28/08-11/12/08

Bill To: Burrell Shipping Co., LLC
c/o Glenn F. Straub
11198 Polo Club Road
Wellington, Fl 33414
561-798-7333

Type of Vessel: Gambling Cruise ship
Size/NL Stock#: 512' / 19425
Vessel Name: M/V Island adventure

| Date | Description | Qty | Rate | Amount | Total |
|---|---|---|---|---|---|
| 11/1/2008 | American Guard (Security Guard) 10/28/08-11/01/08 5 days | 1 | | $2,182.80 | $2,510.22 |
| 11/8/2008 | American Guard (Security Guard) 11/02/08-11/05/08 | 1 | | $1,527.96 | $1,757.15 |
| 10/28/2008-11/12/08 | Generator daily rental (includes cable + tax) | 16 | | $3,375.04 | $62,100.74 |
| SUBTOTAL | | | | $54,000.64 | $131,866.51 |
| TOTAL | | | | | $298,814.46 |
| PAYMENTS | | | | | |
| 10/29/2008 | Glenn Straub | 1 | | ($70,000.00) | ($70,000.00) |
| 12/19/2008 | Glenn Straub | 1 | | ($114,000.00) | ($114,000.00) |
| TOTAL PAYMENTS | | | | | ($184,000.00) |
| BALANCE | | | | | $114,814.46 |
| FINANCE CHARGE | 1.5% PER MONTH ON UNPAID BALANCE | 20 | | | $34,444.34 |
| TOTAL DUE | | | | | $149,258.80 |